

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00097-CV

**IN THE INTEREST OF E.I.W.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI20395
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: June 23, 2021

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that he no longer wishes to pursue this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM